BENJAMIN B. WAGNER
United States Attorney
ANDREW L. GRADMAN
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-CR-00108 AWI |
| Plaintiff, | MOTION AND ORDER TO DISMISS INDICTMENT |
| v. | |
| JORGE LUIS LEON-LOPEZ, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and ANDREW L. GRADMAN, Special Assistant United States Attorney, hereby moves to dismiss the indictment in this case without prejudice in the interest of justice.

DATED: April 19, 2012        Respectfully submitted,
                             BENJAMIN B. WAGNER
                             United States Attorney

                        By:  /s/ Andrew L. Gradman
                             ANDREW L. GRADMAN
                             Special Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:     April 19, 2012     _____
                              CHIEF UNITED STATES DISTRICT JUDGE